UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:16-cr-139-FtM-99MRM

CHRISTOPHER JORGE PONCE

_____

**ORDER**

This cause is before the Court following a Motion hearing/status conference held on July 6, 2017 before the undersigned. At the hearing, defense counsel moved for a continuance of trial until the September 2017 trial term. The Government had no objection.

Accordingly, the oral motion is **GRANTED**. This case is continued until the September 2017 trial term, commencing September 5, 2017. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the September 2017 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **August 7, 2017** at **9:30 AM** before the undersigned.

**DONE AND ORDERED** at Fort Myers, Florida, this 10th day of July, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record